IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN D. HORTON, Jerry Turrell, Deceased as of February 21st, 2019 located at Pecan Cemetery Lawton, Oklahoma by his first cousin and next of kin,<br><br>           Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS; FEDERAL PERSONNEL RECORDS CENTER; and NATIONAL GUARD BUREAU,<br><br>           Defendants. | Case No. CIV-22-00452-JD |

**ORDER**

Before the Court are several letters filed by non-party Billy Horton [Doc. Nos. 7–9, and 11]. The Court directs Mr. Horton to cease filing letters with this Court in this action and to cease signing any letter as a friend of the Court absent permission to do so by the Court. The Court refers Mr. Horton to Rule 24 of the Federal Rules of Civil Procedure and to *Oklahoma ex rel. Edmondson v. Tyson Foods, Inc.*, Case No. 05-CV-329-GKF-SAJ, 2008 WL 1994914, at *1 (N.D. Okla. May 5, 2008) (noting that "[p]articipation . . . to brief and argue as a friend of the court is a privilege within the sound discretion of the court, depending upon a finding that the proffered information . . . is timely, useful, or otherwise necessary to the administration of justice") (citing *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991)). *See also* Fed. R. Civ. P. 1 (explaining that the Federal Rules of Civil Procedure "govern the procedure in all civil actions and proceedings in the United States district courts" and "should be construed,

administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").

Future submissions by Mr. Horton inconsistent with this Order may result in striking the submissions or sanctions, as allowed by law.

IT IS SO ORDERED this 8th day of August 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE